NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**In re: XIAOHUA HUANG,**

*Petitioner*

---

2020-114

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:16-cv-00947-JRG-RSP, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Xiaohua Huang petitions this court for a writ of mandamus directing the United States District Court for the Eastern District of Texas "to reverse the district court's order which dismissed case 2:16-cv-947."

Mr. Huang's petition references two cases, which he brought in the Eastern District of Texas, *Huang v. Huawei Technologies Co., Ltd.*, No. 2:15-cv-01413-JRG-RSP, and *Huang v. Huawei Technologies Co., Ltd.*, No. 2:16-cv-00947-JRG-RSP. Mr. Huang previously unsuccessfully appealed the final judgments in both of those cases. *See Huang v. Huawei Techs. Co.*, Nos. 2017-1505 et al., slip op.

at 13 (Fed. Cir. June 8, 2018); *Huang v. Huawei Techs. Co.*, No. 2019-1726, slip op. at 6 (Fed. Cir. Oct. 9, 2019).  Mandates in both have since issued.

Mr. Huang's petition is nothing more than an attempt to relitigate the final judgments that he previously unsuccessfully appealed.  Because Mr. Huang clearly does not have a right to the relief he seeks, the court must deny his petition.  *See Cheney v. U.S. Dist. Court for the Dist. of Columbia*, 542 U.S. 367, 380–81 (2004).

Accordingly,

IT IS ORDERED THAT:

(1) The petition for writ of mandamus is denied.

(2) All pending motions are denied as moot.

FOR THE COURT

February 28, 2020                    /s/ Peter R. Marksteiner
Date                                        Peter R. Marksteiner
                                                Clerk of Court

s24